## U. P. Ry. Co., Appellant, v. Kerr, Appellee.

STOCK KILLING STATUTE.

The decision of the court follows the doctrine announced in *Wadsworth v. U. P. Ry. Co.*, 18 Colo. 600.

*Appeal from the District Court of Larimer County.*

ACTION for the killing of live stock.    Judgment for plaintiff.   Defendant appeals.

Messrs. TELLER, ORAHOOD & MORGAN, and Mr. C. M. KENDALL, for appellant.

Messrs. ROBINSON & LOVE, for appellees.

PER CURIAM.   This was an action by plaintiff below to recover damages for the killing of his live stock by the operation of the defendant company's railway.   It is conceded that plaintiff's recovery was had under the statute the same as in the case of *Wadsworth v. U. P. Ry. Co.*, 18 Colo. 600. The judgment must accordingly be reversed upon the doctrine announced in that case.

*Reversed.*